IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYLVIA GONZALEZ FELICIANO AS ADMINISTRATIX OF THE ESTATE OF MICHAEL D. LUGO, DECEASED, Plaintiff, v. LANDSTAR INWAY, INC., *et al.*, Defendants. | Civil No. 5:24-cv-00668-JMG |

**ORDER**

**AND NOW**, this 15th day of August, 2025, upon consideration of Defendants' Motion for Partial Summary Judgment (ECF No. 37), the Exhibits to Defendants' Motion for Partial Summary Judgment (ECF No. 38), and Plaintiff's Response in Opposition to Defendants' Motion for Partial Summary Judgment (ECF No. 40), **IT IS HEREBY ORDERED** that the Motion for Partial Summary Judgment (ECF No. 37) is **DENIED**.

BY THE COURT:

 */s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge